**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311
Hon. Marianne O. Battani

_____

| | |
|---|---|
| In Re: Wire Harness Systems | 12-cv-00103 |
| In Re: Instrument Panel Clusters | 12-cv-00203 |
| In Re: Fuel Senders | 12-cv-00303 |
| In Re: Heater Control panels | 12-cv-00403 |
| In Re: Occupant Safety Systems | 12-cv-00603 |
| In Re: Alternators | 13-cv-00703 |
| In Re: Radiators | 13-cv-01003 |
| In Re: Starters | 13-cv-01103 |
| In Re: Switches | 13-cv-01303 |
| In Re: Ignition Coils | 13-cv-01403 |
| In Re: Motor Generators | 13-cv-01503 |
| In Re: Steering Angle Sensors | 13-cv-01603 |
| In Re: HID Ballasts | 13-cv-01703 |
| In Re: Inverters | 13-cv-01803 |
| In Re: Air Flow Meters | 13-cv-02003 |
| In Re: Fuel Injection Systems | 13-cv-02203 |
| In Re: Automatic Transmission Fluid Warmers | 13-cv-02403 |
| In Re: Valve Timing Control Devices | 13-cv-02503 |
| In Re: Electronic Throttle Bodies | 13-cv-02603 |

_____

THIS DOCUMENT RELATES TO:

End- Payor Actions

_____/

**ORDER GRANTING IN PART END-PAYOR PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND ESTABLISHMENT OF A FUND FOR FUTURE LITIGATION EXPENSES**

Before the Court is End-Payor Plaintiffs ("EPPs") Motion for an Award of

Attorneys' Fees, Reimbursement of Expenses, and Establishment of a Fund for Future

Litigation Expenses (Doc. Nos. 433 in 12-103,153 in 12-203, 127 in 12-303, 160 in 12-

403, 122 in 12-603, 70 in 13-703, 122 in 13-1003, 87 in 13-1103, 72 in 13-1303, 72 in 13-1403, 78 in 13-1503, 36 in 13-1603, 137 in 13-1703, 71 in 13-1803, 36 in 13-2003, 193 in 13-2203, 43 in 13-2403, 128 in 13-2503, and 36 in 13-2603).  The Court heard oral argument on May 11, 2016, and at the conclusion of the hearing, the Court **GRANTED** EPPs' request for reimbursement of expenses, and establishment of a fund for future litigation expenses. The Court **GRANTED** a partial award of attorneys' fees, ordered supplemental briefing, and took the issue of attorneys' fees under advisement.

Now, therefore, **IT IS HEREBY ORDERED** that approximately 5% of the total settlement proceeds or $11,250,000 be set aside for further litigation expenses, and that $7,622,359.77 in costs and expenses incurred from the onset of appointment of Interim Co-Lead Counsel.

**IT IS FURTHER ORDERED**, that a partial attorney fee of ten percent of the settlement proceeds is awarded.

**IT IS SO ORDERED.**

June 20, 2016

           s/Marianne O. Battani  
           MARIANNE O. BATTANI  
           United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 20, 2016.

           s/ Kay Doaks  
           Case Manager