UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: WIRE HARNESS | Case No. 2:12-cv-00103-MOB-MKM |
| IN RE: INSTRUMENT PANEL CLUSTERS | Case No. 2:12-cv-00203-MOB-MKM |
| IN RE: FUEL SENDERS | Case No. 2:12-cv-00303-MOB-MKM |
| IN RE: HEATER CONTROL PANELS | Case No. 2:12-cv-00403-MOB-MKM |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS | Case No. 2:12-cv-00603-MOB-MKM |
| IN RE: ALTERNATORS | Case No. 2:13-cv-00703-MOB-MKM |
| IN RE: RADIATORS | Case No. 2:13-cv-01003-MOB-MKM |
| IN RE: STARTERS | Case No. 2:13-cv-01103-MOB-MKM |
| IN RE: SWITCHES | Case No. 2:13-cv-01303-MOB-MKM |
| IN RE: IGNITION COILS | Case No. 2:13-cv-01403-MOB-MKM |
| IN RE: MOTOR GENERATORS | Case No. 2:13-cv-01503-MOB-MKM |
| IN RE: STEERING ANGLE SENSORS | Case No. 2:13-cv-01603-MOB-MKM |
| IN RE: HID BALLASTS | Case No. 2:13-cv-01703-MOB-MKM |
| IN RE: INVERTERS | Case No. 2:13-cv-01803-MOB-MKM |
| IN RE: AIR FLOW METERS | Case No. 2:13-cv-02003-MOB-MKM |
| IN RE: FUEL INJECTION SYSTEMS | Case No. 2:13-cv-02203-MOB-MKM |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | Case No. 2:13-cv-02403-MOB-MKM |
| IN RE: VALVE TIMING CONTROL DEVICES | Case No. 2:13-cv-02503-MOB-MKM |
| IN RE: ELECTRONIC THROTTLE BODIES | Case No. 2:13-cv-02603-MOB-MKM |
| THIS DOCUMENT RELATES TO: END-PAYOR ACTIONS | |

**END-PAYOR PLAINTIFFS' MOTION TO AMEND OPINION AND ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENTS**

1

End-Payor Plaintiffs ("EPPs") respectfully request that the Court amend its opinion and order finally approving EPPs' settlements with certain defendants (the "Order") (Doc. Nos. 497 in 12-103; 184 in 12-203; 156 in 12-303; 190 in 12-403; 148 in 12-603; 102 in 13-703; 149 in 13-1003; 120 in 13-1103; 97 in 13-1303; 109 in 13-1403; 104 in 13-1503; 61 in 13-1603; 168 in 13-1703; 97 in 13-1803; 61 in 13-2003; 226 in 13-2203; 70 in 13-2403; 159 in 13-2503; 60 in 13-2603). The Court stated in a portion of Section III.A.5 of the Order entitled "Reaction of Absent Class Members" that the "deadline for class members to exclude themselves from the proposed Settlement Classes passed without any exclusions." *Id.* at 15. In fact, EPPs received four requests for exclusion prior to the deadline.[1]

This proposed minor revision does not substantively impact the Court's analysis and rulings because the number of exclusions received is still an extremely low number considering the millions of members in the Settlement Classes. EPPs ask only that the Court correct its statement as follows: "The deadline for class members to exclude themselves from the proposed Settlement Classes passed with only four exclusions having been received; however, several objections to the Settlements have been filed."

Respectfully submitted,

Dated: July 11, 2016              */s/ E. Powell Miller* _____

E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 841-2200

---

[1] As reflected in the proposed final judgments submitted by EPPs in connection with the settlements subject to the Court's Order, EPPs received letters requesting exclusion from Cecil R. Proctor, Robert Clarke, Mary Glenn, and GEICO Corporation, which also named a number of its subsidiaries and affiliates in its request.

1

epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed
End-Payor Plaintiff Classes*

Steven N. Williams
Demetrius X. Lambrinos
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
wreiss@robinskaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 651-6666
toxford@susmangodfrey.com
clangham@susmangodfrey.com
oochoa@susmangodfrey.com

2

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Classes*