## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : No. 12-md-02311 |
| | : Hon. Marianne O. Battani |
| | : |

| | |
|---|---|
| In Re: Heater Control Panels | : Case No. 2:12-cv-00403 |
| In Re: Occupant Safety Systems | : Case No. 2:12-cv-00603 |
| In Re: Switches | : Case No. 2:13-cv-01303 |
| In Re: Ignition Coils | : Case No. 2:13-cv-01403 |
| In Re: Steering Angle Sensors | : Case No. 2:13-cv-01603 |
| In Re: Electric Powered Steering Assemblies | : Case No. 2:13-cv-01903 |
| In Re: Fuel Injection Systems | : Case No. 2:13-cv-02203 |
| In Re: Valve Timing Control Devices | : Case No. 2:13-cv-02503 |
| In Re: Air Conditioning Systems | : Case No. 2:13-cv-02703 |
| In Re: Automotive Constant Velocity Joint Boot Products | : Case No. 2:14-cv-02903 |
| In Re: Automotive Hoses | : Case No. 2:15-cv-03203 |
| In Re: Shock Absorbers | : Case No. 2:15-cv-03303 |
| In Re: Body Sealing Products | : Case No. 2:16-cv-03403 |
| In Re: Interior Trim Products | : Case No. 2:16-cv-03503 |
| In Re: Automotive Brake Hoses | : Case No. 2:16-cv-03603 |
| In Re: Exhaust Systems | : Case No. 2:16-cv-03703 |
| In Re: Ceramic Substrates | : Case No. 2:16-cv-03803 |
| In Re: Power Window Switches | : Case No. 2:16-cv-03903 |
| In Re: Automotive Steel Tubes | : Case No. 2:16-cv-04003 |
| In Re: Side-Door Latches | : Case No. 2:17-cv-04303 |
| | : |

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | : |
| End-Payor Actions | : |

### DECLARATION OF BRIAN A. PINKERTON REGARDING DISSEMINATION OF
### SUPPLEMENTAL NOTICE AND SETTLEMENT ADMINISTRATION

I, BRIAN A. PINKERTON, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an employee of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and

formerly an Assistant Director at Garden City Group, LLC ("GCG"). In 2018, Epiq acquired

GCG—the Court-appointed Settlement Administrator[1]—and became its successor. All references to "Epiq" herein incorporate the work performed while operating as either GCG or Epiq. The following statements are based on my personal knowledge and/or information provided by other experienced Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

## PROCEDURAL  HISTORY

2.      On October 13, 2015, GCG was appointed as the Settlement Administrator pursuant to Paragraph 5 of the Court's Corrected Order Granting End-Payor Plaintiffs' ("EPPs") Motion for Authorization to Disseminate Notice to the End-Payor Plaintiff Settlement Classes ("Initial Notice Order") in connection with the settlements between EPPs and Hitachi Automotive Systems, Ltd. ("HIAMS"), T.RAD Co., Ltd., and T.RAD North America, Inc. (together "T.RAD"). *See, e.g., Alternators*, No. 2:13-cv-00703, ECF No. 55. The Initial Notice Order approved (i) the initial notice program and (ii) authorized EPPs to disseminate notice concerning settlements reached with HIAMs and T.RAD ("Initial Notice").

3.      As set forth in the Initial Notice Order, Epiq, as the successor to GCG, has responsibilities that include, among other things: (1) creating and maintaining a toll-free helpline for potential members of the Settlement Classes; and (2) creating and maintaining a dedicated Settlement Website, which houses pertinent  information,  including  important  deadlines  and answers to  frequently asked questions, where  individuals can  view  documents relevant to the Settlements and can register online to have a copy of the long form notice mailed to them directly. Epiq's duties also include mailing direct notice to individuals who request direct notice as well as

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning ascribed to them in the applicable End-Payor Plaintiff settlement agreements.

establishing a dedicated P.O. Box for the Settlements and handling mail received, such as objections, exclusion requests, requests for direct notice, and inquiries from potential members of the Settlement Classes.

### *Round 1*

4.      On January 13, 2016, Lori L. Castaneda executed a declaration to update the Parties and the Court as to the status of the dissemination of the notice program in connection with EPPs' settlements with HIAMS and T.RAD ("Initial Notice Program"), in compliance with the Initial Notice Order.

5.      On January 26, 2016, the Court entered an Order granting EPPs' Motion for Authorization to Disseminate Combined Notice to the EPP Settlement Classes ("Combined Notice Order"): (i) approving the combined notice program ("Combined Notice Program"); and (ii) authorizing EPPs to disseminate an updated, combined notice ("Combined Notice") concerning settlements reached with nine defendant families and their affiliates, in addition to HIAMs and T.RAD (collectively, "Round 1 Settlements"). *See, e.g., Wire Harness Systems*, No. 2:13-cv-00103, ECF No. 421.

6.      Similarly, in accordance with the Combined Notice Order, on March 25, 2016, Ms. Castaneda executed a supplemental declaration reporting on the status of dissemination of the updated long form notice ("Updated Long Form Notice") and updated summary form notice concerning EPPs' settlements with the Defendants included in the Round 1 Settlements.

### *Round 2*

7.      On October 7, 2016, the Court entered an Order Granting EPPs' Unopposed Motion for Authorization to Disseminate September 2016 Notice and Claim Form to the End-Payor Plaintiffs Settlement Classes ("September 2016 Notice Order") in connection with EPPs'

settlements with an additional 12 Defendant families and their affiliates (collectively, "Round 2 Settlements"). The September 2016 Notice Order: (i) approved the proposed September 2016 notice program ("September 2016 Notice Program"), long form notice ("September 2016 Long Form Notice"), and summary form notice ("September 2016 Summary Notice") (together, "September 2016 Notice Forms"); (ii) approved the proposed Claim Form ("Claim Form"); and (iii) authorized EPPs to disseminate the Claim Form and September 2016 Notice Forms. *See, e.g.*, *Wire Harness Systems*, No. 2:12-cv-00103, ECF No. 535.

8.      In compliance with the September 2016 Notice Order, Epiq's responsibilities include, but are not limited to: (1) publishing relevant documents on the Settlement Website and (2) sending direct email or mail notice to those individuals who previously registered on the Settlement Website, notifying them of the Round 2 Settlements and EPPs' plan to distribute proceeds from the Round 1 and 2 Settlements ("Plan of Allocation"), and directing them to visit the Settlement Website to read updated information about the Round 2 Settlements and Plan of Allocation.

9.      In accordance with the September 2016 Notice Order, on February 9, 2017, Ms. Castaneda executed a declaration regarding dissemination of the September 2016 Notice and compliance with the Court's September 2016 Notice Order.

10.      Similarly, in accordance with the September 2016 Notice Order, on April 5, 2017, Ms. Castaneda executed a supplemental declaration to update the Parties and the Court as to the status of the Settlement Administrator's performance of its duties, including handling communications relating to the Settlements, and disseminating notice to potential members of the Settlement Classes in accordance with the Court's September 2016 Notice Order.

*Round 3*

11.     On March 13, 2018, the Court entered an Order Granting EPPs' Unopposed Motion for Authorization to Disseminate March 2018 Notice to the End-Payor Plaintiffs Settlement Classes ("March 2018 Notice Order") in connection with EPPs' settlements with an additional 32 Defendants and their affiliates (collectively, "Round 3 Settlements"). The March 2018 Notice Order: (i) approved the proposed March 2018 notice program ("March 2018 Notice Program"), long-form notice ("March 2018 Long Form Notice"), and short-form notice ("March 2018 Summary Notice") (together, "March 2018 Notice Forms"); (ii) approved the proposed Claim Form ("Claim Form"); and (iii) authorized EPPs to disseminate the Claim Form and March 2018 Notice Forms. *See, e.g., Wire Harness Systems*, No. 2:12-cv-00103, ECF No. 601.

12.     In accordance with the March 2018 Notice Order, on June 13, 2018, I executed a declaration regarding dissemination of the March 2018 Notice and compliance with the Court's March 2018 Notice Order.

13.     Similarly, in accordance with the March 2018 Notice Order, on July 26, 2018, I executed a supplemental declaration to update the Parties and the Court as to the status of the Settlement Administrator's performance of its duties, including handling communications relating to the Settlements, and disseminating notice to potential members of the Settlement Classes in accordance with the Court's March 2018 Notice Order.

*Round 4*

14.     On August 2, 2019, the Court entered an Order Granting EPPs' Second Amended Unopposed Motion for Authorization to Disseminate July 2019 Notice to the End-Payor Plaintiff Settlement Classes ("July 2019 Notice Order") in connection with EPPs' settlements with an additional 17 Defendants and their affiliates (collectively, "Round 4 Settlements"). The July 2019

Notice Order: (i) approved the proposed July 2019 notice program ("July 2019 Notice Program"), long-form notice ("July 2019 Long Form Notice"), and short-form notice ("July 2019 Summary Notice") (together, "July 2019 Notice Forms"); (ii) approved the proposed Claim Form ("Claim Form"); and (iii) authorized EPPs to disseminate the Claim Form and July 2019 Notice Forms. *See, e.g., Heater Control Panels*, 2:12-cv-00403, ECF No. 291.

15.     In accordance with the Court's July 2019 Notice Order, on October 13, 2019, I submitted a declaration regarding dissemination of the July 2019 Notice and compliance with the Court's July 2019 Notice Order.

16.      I submit this Supplemental Declaration, in compliance with the Court's December 20, 2020 Order Granting End-Payor Plaintiffs' Unopposed Motion for an Order Approving the Proposed Further Revised Plan of Allocation and for Authorization to Disseminate Supplemental Notice to the Settlement Classes (the "Supplemental Notice Order"), to update the Parties and the Court about the status of Epiq's compliance with the Court's Supplemental Notice Order.

## SETTLTMENT WEBSITE

17.     Pursuant to Paragraph 7 of the Initial Notice Order, with the settlements of Rounds 1 through 4, GCG established and Epiq maintains a website for the Settlements, www.AutoPartsClass.com, to answer frequently asked questions, receive online registrations and claims, as well as provide Settlement information and important deadlines to potential members of the Settlement Classes. Users of the Settlement Website can review documents relevant to the Settlements, including the Initial Notice, Combined Notice, September 2016 Notice, March 2018 Notice, and July 2019 Notice. A list of the single non-settling Defendant Group in Exhaust Systems is also available on the Settlement Website as is a list of the included auto parts and list of the vehicles that are currently known to be included in the Rounds 1, 2, 3, and 4 Settlements. Visitors

to the Settlement Website can also file claims on the Settlement Website. In connection with the Round 1, Round 2, and Round 3 Settlements, Epiq received 117,581 registrations or claims from potential members of the Settlement Classes who registered or filed claims on the Settlement Website or by contacting the Settlement Administrator through other means. The Settlement Website has been operational since October 12, 2015 and is accessible 24 hours a day, seven days a week.

18.     Pursuant to Paragraph 5 of the July 2019 Notice Order, on September 9, 2019, Epiq updated the Settlement Website so that the homepage, Frequently Asked Questions webpage, and Court Documents webpage, to include information pertaining to the Round 4 Settlements. Epiq also added the Complaints, Settlement Agreements, and Preliminary Approval Orders applicable to the Round 4 Settlements, as well as the Motion to Disseminate July 2019 Notice, the July 2019 Notice, and the July 2019 Notice Order. The website also still includes all documents pertaining to the Round 1, Round 2, and Round 3 Settlements, which members of the Settlement Class can reference or download. The updated version of the previously-approved Claim Form, which was approved by the Court's July 2019 Notice Order, was also made available on the website on September 9, 2019.

19.     Epiq continued to implement additional updates to the Settlement Website after September 9, 2019. An updated version of the video summary was added to the website on September 26, 2019. Epiq further updated the Settlement Website on November 1, 2019, to include EPPs' Motion for Attorneys' Fees in Connection with the Round 4 Settlements. On December 20, 2020, Epiq added the motion for approval of a further revised Plan of Allocation as well as the Court's Supplemental Notice Order approving the further revised Plan of Allocation to the Settlement Website.

20.     Epiq will continue to maintain and update the Settlement Website throughout the administration of the Settlements. As of February 20, 2020, the Settlement Website has received 3,268,658 visits from 2,746,355 unique visitors.

## TOLL-FREE TELEPHONE NUMBER

21.     In accordance with Paragraph 7 of the Initial Notice Order, GCG reserved a designated toll-free telephone number, 1-877-940-5043, in order to accommodate inquiries regarding the Settlements. On October 16, 2015, GCG made the toll-free hotline operational with an Interactive Voice Response ("IVR") system. Callers have the ability to listen to important information about the Settlements 24-hours a day, seven days per week. If callers have additional questions or wish to request a copy of the July 2019 Notice or the Claim Form, they also have the ability to speak to a live customer service representative Monday through Friday, between the hours of 8:30 a.m. and 5:30 p.m. Eastern Time. In compliance with the July 2019 Notice Order, on September 9, 2019, Epiq updated the IVR to notify callers of the Round 4 Settlements. Epiq has continued to update the IVR with current information about the Settlements and current deadlines to act, including updating the claims deadline from December 31, 2019 to March 16, 2020. As of February 17, 2020, there have been 37,987 calls to the IVR totaling 212,929 minutes. Epiq will continue to maintain and update the IVR throughout the administration of the Settlements.

## DISSEMINATING DIRECT NOTICE

22.     As part of its role as Settlement Administrator, Epiq routinely mails copies of the current version of the long form notice to all individuals who request to have a copy of the notice mailed to them directly. Epiq established a secure online registration portal on the dedicated

Settlement Website where individuals can enter their contact information and register to have a notice mailed to them.

23.    In connection with the Round 1, Round 2, and Round 3 Settlements, Epiq and its predecessor mailed 70,368 copies of the prior versions of the long form notice to potential members of the Settlement Classes who registered on the Settlement Website or provided their contact information by contacting the Settlement Administrator directly through other means.

24.    As of September 15, 2019, Epiq discontinued mailing previous, old versions of the long form notice, and began mailing the new, updated July 2019 Long Form Notice to all individuals who provided their name and address and requested to have a copy mailed to them. As of February 20, 2020, Epiq has mailed a total of 1,401 copies of the July 2019 Long Form Notice to individuals who requested a copy by contacting the toll-free number or by contacting the Settlement Administrator through other means. As amended versions of the July 2019 Long Form Notice have been approved by the Court, Epiq has replaced the prior version with the most current version of the Notice for mailing to Class Members. Epiq will continue to mail a copy of the July 2019 Long Form Notice to individuals who request one. A true and correct copy of the July 2019 Notice is attached hereto as **Exhibit A**.

25.    As of February 20, 2020, Epiq has received 21 July 2019 Long Form Notices returned by USPS without forwarding address information as undeliverable mail. For all notices returned by the USPS without a forwarding address, Epiq compares the undeliverable address against the National Change of Address ("NCOA") database maintained by the U.S. Post Office to locate a more current mailing address. When a more current address is located, Epiq re-mails the notice to the updated address.

*July 2019 Notice Program*

26.     In accordance with the July 2019 Notice Program, Epiq's responsibilities include notifying individuals who previously registered on the Settlement Website about the Round 4 Settlements and Plan of Allocation, and directing them to visit the Settlement Website for updated information about the Round 4 Settlements and Plan of Allocation. In compliance with the July 2019 Notice Order, Epiq provided direct notice of the Round 4 Settlements and Plan of Allocation to all individuals who had previously registered or filed a claim prior to September 16, 2019. Direct notice of the Round 4 Settlements and Plan of Allocation was sent by email where a potentially valid email address was available ("Email Notice") and by mail to those individuals who had not provided an email address or whose Email Notice was determined to be undeliverable.

27.     On September 16, 2019, Epiq caused the Email Notice (attached hereto as **Exhibit B**) to be sent to each of the 71,670 individuals who previously registered or filed a claim for whom Epiq had a valid email address. Of those 71,670 Email Notices, 61,931 were delivered. Of those sent, 9,739 Email Notices could not be delivered for one or more of the following reasons: the email address no longer existed; the email account was closed inactive, or disabled; the email address had a bad domain name or address error; the recipient's mailbox was full; or the recipient server was busy or unable to deliver.

28.     As detailed in my *Declaration of Brian A. Pinkerton Regarding July 2019 Notice Dissemination and Settlement Administration*, Epiq also prepared and formatted the following two different postcard notices to be mailed to different groups of Settlement Class Members: (1) the "Registrant Postcard Notice" to be mailed to individuals who previously registered or filed a claim for whom Epiq did not have a valid email address or whose attempted Email Notice was undeliverable; and (2) the "Fleet Postcard Notice" to be mailed to each of the 222,061 registered

10

fleet companies with ten or more registered vehicles. On September 16, 2019, Epiq disseminated the Registrant Postcard Notice to each of the 23,085 individuals for whom Epiq did not have a valid email address but did have a valid mailing address. On September 18, 2019, Epiq disseminated the Registrant Postcard Notice to the 9,738 individuals whose attempted Email Notice was undeliverable and who had a valid mailing address. On September 16, 2019, Epiq sent the Fleet Postcard Notice to each of the 222,061 fleet companies. Postcards returned by the USPS with forwarding address information were promptly re-mailed to the updated addresses provided. For Postcard Notices returned by the USPS without a forwarding address, Epiq compares the undeliverable address against the NCOA database maintained by the U.S. Post Office to locate a more current mailing address. When a more current address is located, Epiq re-mails the postcard to the updated address.

29.     Additionally, in accordance with the July 2019 Notice Program and in compliance with the Court's July 2019 Notice Order, Epiq caused email notice to be sent to a list of potential Settlement Class Members who purchased at least one vehicle included in the Settlements during the class periods and who currently reside in one of the 30 states eligible for monetary compensation or the District of Columbia. Commencing on September 16, 2019, Epiq caused 9,610,672 emails to be sent to potential Settlement Class Members.

30.     In compliance with the July 2019 Notice Order, on November 26, 2019, Epiq distributed another round of email and postcard notices to remind Settlement Class Members to file a claim. These notices consisted of three slightly different email notices and four postcard notices as detailed below.

31.     On November 26, 2019, Epiq sent the "Incomplete Claim Reminder Email" to 14,687 individuals who had started a claim on the Settlement Website by providing their contact

information in the claim form, but did not complete the submission process. Of those, 12,510 were delivered, and 2,177 were not deliverable. A sample of the Incomplete Claim Reminder Email is attached hereto as **Exhibit C**.

32.     On November 26, 2019, Epiq sent the "Registrant Reminder Email" to all individuals who had previously registered to receive notice and had provided an email address but had not yet filed a claim. Epiq sent the Registrant Reminder Email to 53,626 individuals. Of those, 46,817 were delivered, and 6,809 were not deliverable. A sample of the Registrant Reminder Email is attached hereto as **Exhibit D**.

33.     On November 26, 2019, Epiq sent the "Friends and Family Reminder Email" to all 50,477 claimants who had previously submitted a claim. Of those, 44,535 were delivered, and 5,942 were not deliverable. A sample of the Friends and Family Reminder Email is attached hereto as **Exhibit E**.

34.     Also on November 26, 2019, Epiq sent postcard versions of each of the above reminder notices to individuals who met the criteria described above for the respective email notices but who did not provide an email address. Epiq mailed the Incomplete Claim Reminder Postcard (attached hereto as **Exhibit F**) to 5,240 individuals. Epiq mailed the Registrant Reminder Postcard (attached hereto as **Exhibit G**) to 23,533 individuals. Epiq mailed the Friends and Family Reminder Postcard (attached hereto as **Exhibit H**) to 14,348 individuals.

35.     Additionally, on November 26, 2019, Epiq mailed a reminder postcard to the 222,049 fleet companies that had not submitted claims since notice of the Settlements had been sent to them initially on September 16, 2019. A copy of the Fleet Company Reminder Postcard is attached hereto as **Exhibit I**).

*Supplemental Notice Program*

36.     In compliance with the Court's Supplemental Notice Order, on January 13, 2020, Epiq sent a supplemental email notice to those individuals who had previously filed a claim or registered to receive notice of the Settlements and had provided a valid email address (the "Registrant Supplemental Email Notice"). The Registrant Supplemental Email Notice (attached hereto as **Exhibit J**) was sent to 130,930 claimants and registrants. Of those, 115,705 emails were delivered and 15,225 were not deliverable.

37.     On January 13, 2020, Epiq also sent an email to potential Settlement Class Members who provided contact information when they started, but did not complete, the online claim form (the "Incomplete Claim Supplemental Email Notice"). Epiq sent the Incomplete Claim Supplemental Email Notice (attached hereto as **Exhibit K**) to 47,557 email addresses. Of those, 40,421 were delivered and 7,136 were not deliverable.

38.     On January 13, 2020, Epiq sent postcard versions of each of the above Supplemental Email Notices to individuals who met the criteria described above for the respective email notices but who did not provide an email address. Epiq sent the "Registrant Supplemental Postcard Notice" (attached hereto as **Exhibit L**) to 31,091 individuals who had filed a claim or registered for notice. As of February 20, 2020, Epiq has received 17 Registrant Supplemental Postcard Notices returned by the USPS with forwarding address information. Postcards returned by the USPS with forwarding address information were promptly re-mailed to the updated addresses provided. As of February 20, 2020, Epiq has received 1,542 Registrant Supplemental Postcard Notices returned by the USPS without forwarding address information. For Postcard Notices returned by the USPS without a forwarding address, Epiq compares the undeliverable

address against the NCOA database maintained by the USPS to locate a more current mailing address. When a more current address is located, Epiq re-mails the postcard to the updated address.

39.     On January 13, 2020, Epiq sent the "Incomplete Claim Supplemental Postcard Notice" (attached hereto as **Exhibit M**) to 7,922 individuals who had started a claim on the Settlement Website but had not completed the submission process. As of February 20, 2020, Epiq has not received any Incomplete Claim Supplemental Postcard Notices returned from the USPS with a forwarding address and has received 211 returned by the USPS without forwarding address information.

40.     On January 13, 2020, Epiq also mailed a supplemental postcard notice to the list of 222,061 fleet companies (the "Fleet Company Supplemental Postcard Notice" is attached hereto as **Exhibit N**). As of February 20, 2020, Epiq has received 81 Fleet Company Supplemental Postcard Notices returned by the USPS with forwarding address information. Postcards returned by the USPS with forwarding address information were promptly re-mailed to the updated addresses provided. As of February 20, 2020, Epiq has received 5,225 Fleet Company Supplemental Postcard Notices returned by the USPS without forwarding address information.

41.     On January 13, 2020, Epiq began contacting businesses and third-party filing entities believed to have business clients who may have been previously informed that the location where an eligible purchase was made was irrelevant to eligibility or that the only relevant location for determining eligibility was the state of residence or principal place of business at the time of the purchase. Epiq contacted these entities via phone and email and informed them about the changes to the Plan of Allocation.

## SETTLEMENT P.O. BOX

42.    On February 19, 2015, GCG (Epiq's predecessor) reserved a designated P.O. Box for the administration of the Settlements: Auto Parts Settlements, P.O. Box 10163, Dublin, OH 43017-3163. Epiq monitors the Settlement P.O. Box for Settlement-related mail such as objections, exclusion requests, requests for direct notice or a paper Claim Form, inquiries about the Settlements, and the submission of Claim Forms and supporting documents. Epiq promptly handles all mail received at the Settlement P.O. Box.

## EXCLUSIONS

43.    Pursuant to Paragraph 10 of the July 2019 Notice Order, individuals who wish to exclude themselves from any or all of the Round 4 Settlement Classes were required to submit a written request for exclusion, received no later than November 19, 2019, to the Settlement Administrator. As of February 20, 2020, Epiq has not received any requests for exclusion from Round 4 Settlements.

## OBJECTIONS

44.    Pursuant to Paragraph 11 of the July 2019 Notice Order, in order to object to one or more of the Round 4 Settlements or to the Plan of Allocation, a member of the Round 4 Settlement Classes must have submitted a written objection to both the Settlement Administrator and the Court, received no later than November 19, 2019. As of February 20, 2019, Epiq has received no timely objections to the Round 4 Settlements. Epiq received two late objections to the Plan of Allocation. Epiq received the first objection after the deadline on November 20, 2019 from Crowell and Moring on behalf of 113 Class Members. Epiq subsequently received a letter withdrawing the objection from Crowell and Moring on December 9, 2019. Epiq received the second objection after the deadline on November 21, 2019 from a representative of settlement

class members, Kevin L. Prins. Mr. Prins subsequently withdrew his objection. *Automotive Parts Antitrust Litig.*, No. 2:12-md-02311-MOB-MKM, ECF. No 2029.


      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed this 24th day of February 2020, in Seattle, Washington.



                                          Brian A. Pinkerton

# Exhibit A

# If You Bought or Leased a New Vehicle or Bought Certain Replacement Parts for a Vehicle in the U.S. Since 1990

## You Could Receive $100 or More From Settlements Totaling Over $1.2 Billion

## Claims Deadline Extended to March 16, 2020

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

- Please read this Notice and the Settlement Agreements available at www.AutoPartsClass.com carefully.  Your legal rights may be affected whether you act or don't act.  This Notice is a summary, and it is not intended to, and does not, include all the specific details of each Settlement Agreement.  To obtain more specific details concerning the Settlements, please read the Settlement Agreements.

- Separate lawsuits claiming that Defendants in each lawsuit entered into unlawful agreements that artificially raised the prices of certain component parts of qualifying new vehicles (described in Question 8 below) have been settled with 73 Defendants and their affiliates ("Settling Defendants").  Previously, settlements with 56 of the Settling Defendants ("Round 1 Settlements" totaling approximately $225 million, "Round 2 Settlements" totaling approximately $379 million, and "Round 3 Settlements" totaling approximately $433 million) received final Court approval.  Now, additional settlements totaling approximately $184 million have been reached with 17 Settling Defendants.  These Settling Defendants are called the "Round 4 Settling Defendants," and the settlements with them are called the "Round 4 Settlements."  This Notice will give you details of those proposed Round 4 Settlements and your rights in these lawsuits.

- Generally, you are included in the Settlement Classes for the Round 4 Settlements if, at any time between 1990 and 2019, depending upon the component part, you: (1) bought or leased a qualifying new vehicle in the U.S. (not for resale) or (2) indirectly purchased a qualifying vehicle replacement part (not for resale).  Indirectly means you bought the vehicle replacement part from someone other than the manufacturer of the part.  To find out if your vehicle qualifies, go to **www.AutoPartsClass.com.**

- As more fully described in Question 8 below, the Round 4 Settling Defendants have agreed to pay approximately $184 million to be made available to members of the Settlement Classes who purchased or leased a qualifying new vehicle or purchased a qualifying vehicle replacement part in, or while residing in, the District of Columbia or one or more of the following States: Arizona, Arkansas, California, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.  You may have seen a prior notice stating that members of the Settlement Classes may be entitled to monetary recovery only if they made the purchase or lease transaction while residing (or having their principal place of business) in the District of Columbia or one of the listed states.  Please note that the prior information is replaced by this notice.

- With the exception of the Reorganized TK Holdings Trust ("TKH") and Delphi Technologies PLC and Delphi Powertrain Systems, LLC (together "Delphi"), the Round 4 Settlements also include provisions requiring the Round 4 Settling Defendants' cooperation in the ongoing litigations.  With the exception of Toyoda Gosei and TKH, the Round 4 Settling Defendants have also agreed not to engage in the specified conduct that is the subject of the lawsuits for a period of two years from a specified date.

| Your Legal Rights and Options | | |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to get a payment.  You will be able to submit a claim for payment from the Settlements in Rounds 1 through 4 (as applicable).  If you already filed a claim in the Round 1, 2, or 3 Settlements, you do not need to submit another claim for those vehicles or replacement parts.  You should also submit a claim if you have additional vehicles or replacement parts to report. | March 16, 2020 |
| **DO NOTHING** | You will be included in the Settlement Classes for the Round 4 | |

|  | Settlements and are eligible to file a claim for a payment (if you qualify).  If you do not file a claim for a payment by the deadline, you will not receive a payment from the Settlements. |  |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.

- The Court will consider granting final approval of the Round 4 Settlements on March 18, 2020.  Please check the Settlement website, www.AutoPartsClass.com, for updates.  Payments will only be made if the Court approves the Round 4 Settlements and the revised Plan of Allocation, and after any appeals are resolved.

<div style="border:1px solid black; text-align:center">

## What This Notice Contains

</div>

**BASIC INFORMATION**.................................................................................................................................**4**

1. WHY IS THERE A NOTICE? ...........................................................................................................4

2. WHAT ARE THESE LAWSUITS ABOUT? .........................................................................................4

3. WHO ARE THE ROUND 4 SETTLING DEFENDANTS? .......................................................................4

4. HAVE THERE BEEN ANY OTHER SETTLEMENTS RELATED TO THIS LAWSUIT? ...................................5

5. WHO ARE THE NON-SETTLING DEFENDANTS? ..............................................................................7

6. WHAT VEHICLE PARTS ARE INCLUDED? .......................................................................................8

7. WHY ARE THESE CLASS ACTIONS? ............................................................................................10

**WHO IS INCLUDED IN THE CLASSES**.....................................................................................................**10**

8. HOW DO I KNOW IF I MAY BE INCLUDED IN THE ROUND 4 SETTLEMENT CLASSES?......................10

9. WHO IS NOT INCLUDED IN THE SETTLEMENT CLASSES? ..............................................................13

10. WHY ARE THE LAWSUITS CONTINUING IF THERE ARE SETTLEMENTS? ........................................13

**THE ROUND 4 SETTLEMENTS' BENEFITS**.............................................................................................**13**

11. WHAT DO THE ROUND 4 SETTLEMENTS PROVIDE? ...................................................................13

**HOW TO GET BENEFITS**.......................................................................................................................**15**

12. HOW DO I SUBMIT A CLAIM? ..................................................................................................15

13. HOW MUCH MONEY CAN I GET? ..............................................................................................16

14. WHEN WILL I GET A PAYMENT?...............................................................................................17

15. WHAT IS THE NON-MONETARY RELIEF? ...................................................................................17

**REMAINING IN THE CLASSES** ..............................................................................................................**17**

16. WHAT HAPPENS IF I REMAIN IN THE SETTLEMENT CLASSES?....................................................17

17. HOW DO I GET OUT OF THE SETTLEMENT CLASSES? .................................................................18

**THE LAWYERS REPRESENTING YOU**...................................................................................................**18**

18. DO I HAVE A LAWYER REPRESENTING ME? ..............................................................................18

19. HOW WILL THE LAWYERS BE PAID?.........................................................................................18

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

**OBJECTING TO THE ROUND 4 SETTLEMENTS** ........................................................... **18**

20. HOW DO I OBJECT TO OR COMMENT ON THE ROUND 4 SETTLEMENTS? ........................ 18

**THE FINAL FAIRNESS HEARING** ........................................................................... **19**

21. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE ROUND 4
    SETTLEMENTS? ......................................................................................... 19

22. DO I HAVE TO ATTEND THE HEARING? ............................................................. 19

23. MAY I SPEAK AT THE HEARING? ................................................................... 19

**THE TRIALS** ...................................................................................................... **20**

24. WHEN AND WHERE WILL THE TRIALS AGAINST THE NON-SETTLING DEFENDANTS TAKE
    PLACE? ................................................................................................... 20

25. WHAT ARE THE PLAINTIFFS ASKING FOR FROM THE NON-SETTLING DEFENDANTS? ........ 20

26. WILL I GET MONEY AFTER THE TRIALS? ........................................................... 20

**GET MORE INFORMATION** ................................................................................ **20**

27. HOW DO I GET MORE INFORMATION? .............................................................. 20

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

3

**BASIC INFORMATION**

| 1.  WHY IS THERE A NOTICE? |
|---|

This Notice is to inform you about the Round 4 Settlements reached in some of the pending cases that are included in this litigation.

The Court in charge is the United States District Court for the Eastern District of Michigan. This litigation is known as *In re: Automotive Parts Antitrust Litigation*.  Within this litigation there are several different lawsuits.  The people who sued are called the "Plaintiffs."  The companies they sued are called the "Defendants."

Previously, you may have received notice about the Round 1 Settlements, Round 2 Settlements, and Round 3 Settlements that were reached with 11, 12, and 33 Defendants, respectively.  The Round 1 Settlements received final approval from the Court, as amended, on August 9, 2016.  The Round 2 Settlements received final approval from the Court on July 10, 2017.  The Round 3 Settlements received final approval from the Court on November 7, 2018.

Round 4 Settlements have been reached with 17 Defendants, so that is why there is another Notice.  This Notice explains the lawsuits, proposed Round 4 Settlements, the revised Plan of Allocation, and your legal rights, including the ability to file a claim to receive a payment (if eligible).

| 2.  WHAT ARE THESE LAWSUITS ABOUT? |
|---|

Each lawsuit claims that the Defendants in that lawsuit agreed to unlawfully raise the price of a certain kind of vehicle component part.  (For example, one lawsuit is called *In re: Radiators*, and the affected product is radiators.)  As a result of the alleged agreements by Defendants, consumers and businesses who purchased or leased qualifying new vehicles (not for resale) containing those parts or who indirectly purchased qualifying replacement parts (not for resale) from the Defendants may have paid more than they should have.  Although the Round 4 Settling Defendants have agreed to settle, they do not agree that they engaged in any wrongdoing or are liable or owe any money or benefits to Plaintiffs.  The Court has not decided who is right.

| 3.  WHO ARE THE ROUND 4 SETTLING DEFENDANTS? |
|---|

The Round 4 Settling Defendants are:
1. Brose SchlieBsysteme GmbH & Co. Kommanditgesellschaft and Brose North America (together, "Brose"),
2. Corning International Kabushiki Kaisha and Corning Incorporated (together, "Corning"),
3. Delphi Technologies PLC and Delphi Powertrain Systems, LLC (together, "Delphi"),
4. Green Tokai Co., LTD. ("Green Tokai"),
5. Keihin Corporation and Keihin North America, Inc. (together, "Keihin"),

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

4

6.  KYB Corporation (f/k/a Kayaba Industry Co. Ltd) and KYB Americas Corporation (together, "KYB"),
7.  Maruyasu Industries Co., Ltd. and Curtis Maruyasu America, Inc. (together, "Maruyasu"),
8.  Meritor, Inc. f/k/a ArvinMeritor, Inc. ("ArvinMeritor"),
9.  Mikuni Corporation ("Mikuni"),
10. Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc. (collectively, "Mitsubishi"),
11. Panasonic Corporation and Panasonic Corporation of North America (together, "Panasonic"),[1]
12. Sanoh Industrial Co., Ltd. and Sanoh America, Inc. (collectively, "Sanoh"),
13. Showa Corporation and American Showa, Inc. (collectively, "Showa"),
14. Reorganized TK Holdings Trust ("TKH"),
15. Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc. (together, "Tokai Rika"),[2]
16. Toyo Denso Co., Ltd. and Weastec, Inc. (together, "Toyo Denso"), and
17. Toyoda Gosei Co., Ltd.; Toyoda Gosei North America Corporation; TG Kentucky, LLC; TG Missouri Corp.; and TG Fluid Systems USA Corporation (collectively, "Toyoda Gosei").

## 4. HAVE THERE BEEN ANY OTHER SETTLEMENTS RELATED TO THIS LAWSUIT?

Yes.  The following companies previously agreed to the Round 1 Settlements in the lawsuits:
1.  Autoliv, Inc.; Autoliv ASP, Inc.; Autoliv B.V. & Co. KG; Autoliv Safety Technology, Inc.; and Autoliv Japan Ltd.,
2.  Fujikura, Ltd. and Fujikura Automotive America LLC,
3.  Hitachi Automotive Systems, Ltd. (partial settlement),
4.  Kyungshin-Lear Sales and Engineering, LLC,
5.  Lear Corporation,
6.  Nippon Seiki Co., Ltd.; N.S. International, Ltd.; and New Sabina Industries, Inc.,
7.  Panasonic Corporation and Panasonic Corporation of North America (partial settlement),
8.  Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc. (incorporating K&S Wiring Systems, Inc.); and Sumitomo Wiring Systems (U.S.A.) Inc.,
9.  T.RAD Co., Ltd. and T.RAD North America, Inc.,
10. TRW Deutschland Holding GmbH and TRW Automotive Holdings Corporation (now known as "ZF TRW Automotive Holdings Corp."), and
11. Yazaki Corporation and Yazaki North America, Incorporated.

---

[1] Previously, Panasonic settled lawsuits related to HID Ballasts, Switches, and Steering Angle Sensors.
[2] Previously, Tokai Rika settled lawsuits related to Wire Harnesses.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

The following companies previously agreed to the Round 2 Settlements in the lawsuits:

1. Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC,
2. DENSO Corporation; DENSO International America, Inc.; DENSO International Korea Corporation; DENSO Korea Automotive Corporation; DENSO Automotive Deutschland GmbH; ASMO Co., Ltd.; ASMO North America, LLC; ASMO Greenville of North Carolina, Inc.; and ASMO Manufacturing, Inc.,
3. Furukawa Electric Co., Ltd. and American Furukawa, Inc.,
4. G.S. Electech, Inc.; G.S. Wiring Systems Inc.; and G.S.W. Manufacturing, Inc.,
5. LEONI Wiring Systems, Inc. and Leonische Holding Inc.,
6. Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.,
7. NSK Ltd.; NSK Americas, Inc.; NSK Steering Systems Co., Ltd.; and NSK Steering Systems America, Inc.,
8. Omron Automotive Electronics Co. Ltd.,
9. Schaeffler Group USA Inc.,
10. Sumitomo Riko Co. Ltd. and DTR Industries, Inc.,
11. Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc., and
12. Valeo Japan Co., Ltd. on behalf of itself and Valeo Inc.; Valeo Electrical Systems, Inc.; and Valeo Climate Control Corp.

The following companies previously agreed to the Round 3 Settlements in the lawsuits:

1. Aisan Industry Co., Ltd.; Franklin Precision Industry, Inc.; Aisan Corporation of America; and Hyundam Industrial Co., Ltd.,
2. ALPHA Corporation and Alpha Technology Corporation,
3. Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive Inc.,
4. Robert Bosch GmbH and Robert Bosch LLC ,
5. Bridgestone Corporation and Bridgestone APM Company,
6. Calsonic Kansei Corporation and Calsonic Kansei North America, Inc.,
7. Chiyoda Manufacturing Corporation and Chiyoda USA Corporation,
8. Continental Automotive Electronics LLC; Continental Automotive Korea Ltd; and Continental Automotive Systems, Inc.,
9. Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation,
10. Eberspächer Exhaust Technology GmbH & Co. KG and Eberspächer North America Inc.,
11. Faurecia Abgastechnik GmbH; Faurecia Systèmes d'Échappement; Faurecia Emissions Control Technologies, USA, LLC; and Faurecia Emissions Control Systems, N.A. LLC f/k/a Faurecia Exhaust Systems, Inc.,
12. Hitachi Automotive Systems, Ltd.,
13. Hitachi Metals, Ltd.; Hitachi Cable America Inc.; and Hitachi Metals America, Ltd.,
14. INOAC Corporation; INOAC Group North America, LLC; and INOAC USA Inc.,
15. JTEKT Corporation; JTEKT Automotive North America, Inc.; and JTEKT North America Corp. (formerly d/b/a Koyo Corporation of U.S.A.),
16. Kiekert AG and Kiekert U.S.A., Inc.,
17. Koito Manufacturing Co., Ltd. and North American Lighting, Inc.,

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

6

18. MAHLE Behr GmbH & Co. KG and MAHLE Behr USA Inc.,
19. MITSUBA Corporation and American Mitsuba Corporation,
20. Nachi-Fujikoshi Corp. and Nachi America Inc.,
21. NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc.,
22. NGK Spark Plug Co., Ltd. and NGK Spark Plugs (U.S.A.), Inc.,
23. Nishikawa Rubber Company, Ltd.,
24. NTN Corporation and NTN USA Corporation,
25. Sanden Automotive Components Corporation; Sanden Automotive Climate Systems Corporation; and Sanden International (U.S.A.) Inc.,
26. SKF USA Inc.,
27. Stanley Electric Co., Ltd.; Stanley Electric U.S. Co., Inc.; and II Stanley Co., Inc.,
28. Tenneco Inc.; Tenneco GmbH; and Tenneco Automotive Operating Co., Inc.,
29. Toyo Tire & Rubber Co. Ltd.; Toyo Tire North America OE Sales LLC; and Toyo Automotive Parts (U.S.A.), Inc.,
30. Usui Kokusai Sangyo Kaisha, Ltd. and Usui International Corporation,
31. Valeo S.A.,
32. Yamada Manufacturing Co. Ltd. and Yamada North America, Inc., and
33. Yamashita Rubber Co., Ltd. and YUSA Corporation.

The Court has given final approval to the Round 1 Settlements. *See* Amended Opinion and Order Granting Final Approval to the Round 1 Settlements (August 9, 2016) (available on www.AutoPartsClass.com, under the "Court Documents" tab, in the "Final Approval" section).

The Court has also given final approval to the Round 2 Settlements. *See* Order Granting Final Approval to the Round 2 Settlements (July 10, 2017) (available on www.AutoPartsClass.com, under the "Court Documents" tab, in the "Final Approval" section).

The Court has given final approval to the Round 3 Settlements. *See* Order Granting Final Approval to the Round 3 Settlements (November 7, 2018) (available on www.AutoPartsClass.com, under the "Court Documents" tab, in the "Final Approval" section).

The Court will consider granting final approval of the Round 4 Settlements on March 18, 2020.

More information about these Settlements and updates are available at www.AutoPartsClass.com.

| 5. WHO ARE THE NON-SETTLING DEFENDANTS? |
|---|

The only Non-Settling Defendants remaining are Bosal USA, Inc. and Bosal Industries-Georgia, Inc. (together "Bosal") with respect to the sale of Exhaust Systems.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

7

| 6. WHAT VEHICLE PARTS ARE INCLUDED? |
| --- |

The Round 4 Settlements generally include the vehicle component parts listed below.  The specific definitions of the vehicle component parts are available in each Settlement Agreement. Each of those Settlement Agreements, and the related Complaints, are accessible on www.AutoPartsClass.com or can be obtained by calling 1-877-940-5043.

- **Air Conditioning Systems** are systems that cool the interior environment of a vehicle and are part of a vehicle's thermal system.  Air Conditioning Systems, whether sold together or separately, include one or more of the following:  automotive compressors, condensers, HVAC units (typically consisting of a blower motor, actuators, flaps, evaporator, heater core, and filter embedded in a plastic housing), control panels, sensors, and associated hoses and pipes.

- **Automotive Brake Hoses** are flexible hoses that carry brake fluid through the hydraulic brake system of an automobile.

- **Automotive Constant-Velocity-Joint Boot Products** are composed of rubber or plastic and are used to cover the constant-velocity-joints of an automobile to protect the joints from contaminants.

- **Automotive Hoses** are flexible tubes used to convey liquid and air in vehicles.  Automotive Hoses include low-pressure rubber hoses used in automobile engine compartments and plastic and resin tubes used in vehicle engine compartments and fuel tank modules.

- **Automotive Steel Tubes** are used in fuel distribution, braking, and other automotive systems. Automotive Steel Tubes are sometimes divided into two categories: chassis tubes and engine parts.  Chassis tubes, such as brake and fuel tubes, tend to be located in the body of a vehicle. Engine parts, such as fuel injection rails, oil level tubes, and oil strainer tubes, are associated with the function of a vehicle's engine.

- **Body Sealing Products** are automotive body sealing parts.  They are typically made of rubber and trim the doors, hoods, and compartments of vehicles.  Body Sealing Products keep noise, debris, rainwater, and wind from entering the vehicle and control vehicle vibration.  In some instances, they also serve as a design element.  Body Sealing Products include body-side opening seals, door-side weather-stripping, glass-run channels, trunk lids, and other rubber sealings.

- **Ceramic Substrates** are uncoated ceramic monoliths with fine honeycomb structures that, after coating with a mix of metal and other chemicals, are incorporated into automotive catalytic converters.

- **Exhaust Systems** are systems of piping and other parts that convey noxious exhaust gases away from the passenger compartment and reduces the level of pollutants and engine exhaust noise emitted.  An Exhaust System includes one or more of the following components: manifold, flex pipes, catalytic converter, oxygen sensor, isolator/gasket/clamps, resonator assemblies/pipe accessories, and muffler/muffler assemblies.  An Exhaust System has a "hot end," which is the part of the Exhaust System that is mounted to the engine, which is generally comprised of a manifold and catalytic converter, and a "cold end," which is the part of the Exhaust System that is

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

mounted to the underbody of the car, which generally contains a muffler, pipes, and possibly a catalytic converter.

- **Electronic Powered Steering Assemblies** which are defined to include electric power steering motors, provide electric power to assist the driver to more easily steer the automobile. Electronic Powered Steering Assemblies link the steering wheel to the tires, and include the column, intermediate shaft, electronic control unit, but do not include the steering wheel or tires. "Pinion-Assist Type Electronic Powered Steering Assemblies" provide power to the steering gear pinion shaft from electric motors to assist the driver to more easily steer the automobile. Pinion-Assist Type Electronic Powered Steering Assemblies include an electronic control unit and link the steering wheel to the tires, but do not include the column, intermediate shaft, steering wheel or tires. Electronic Powered Steering Assemblies include Pinion-Assist Type Electronic Powered Steering Assemblies as well as all component parts of the assemblies, including the steering column, intermediate shaft, electronic control unit, and electric power steering motors (but not the steering wheel or tires).

- **Fuel Injection Systems** admit fuel or a fuel/air mixture into vehicle engine cylinders.  Fuel Injection Systems can also be sold as part of a broader system, such as an engine management system, or as separate components.  Fuel Injection Systems include one or more of the following parts: injectors, high pressure pumps, rail assemblies, feed lines, engine electronic control units, fuel pumps and fuel pump modules, manifold absolute pressure sensors, pressure regulators, pulsation dampers, purge control valves, air flow meters, and electronic throttle bodies.

- **Heater Control Panels** are either mechanical or electrical devices that control the temperature of the interior environment of a vehicle.  Heater Control Panels can be either manual (referred to as low-grade) or automatic (referred to as high-grade) and are located in the center console, back seat, or rear cabin of an automobile.

- **Ignition Coils** release electric energy to ignite the fuel/air mixture in cylinders.

- **Interior Trim Products** are automotive plastic interior trim parts.  They do not include the main bodies of instrument panels and typically consist of molded trim parts made from plastics, polymers, elastomers, and/or resins manufactured and/or sold for installation in automobile interiors, including console boxes, assist grips, registers, center cluster panels, glove boxes, and glove box doors, meter cluster hoods, switch hole covers, and lower panel covers and boxes.

- **Occupant Safety Systems** are comprised of the parts in an automotive vehicle that protect drivers and passengers from bodily harm.  Occupant Safety Systems include one or more of the following: seat belts, air bags, steering wheels or steering systems, and safety electronic systems.

- **Power Window Switches** are switches that raise or lower a vehicle's electric windows.

- **Side-Door Latches** secure an automotive door to a vehicle body and may be locked to prevent unauthorized access to a vehicle.  Included in the Settlement are "Latch Minimodules," which include the Door Latch and all of the related mechanical operating components, including the electric lock function.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

- **Shock Absorbers** are part of the suspension system on automobiles.  They absorb and dissipate energy to help cushion vehicles on uneven roads, leading to improved ride quality and vehicle handling.  Shock Absorbers are also called "dampers."

- **Steering Angle Sensors** detect the angle of the vehicle's direction and send signals to a vehicle computer, which in turn controls the vehicle stability during turns.  Steering Angle Sensors are installed on the steering column of a vehicle and may be connected to part of a combination switch.

- **Switches** include one or more of the following: steering wheel switch (installed in the steering wheel), used to control functions within the vehicle; turn switch (installed behind the steering wheel), used to signal a left or right turn and control hi/lo beam selection; wiper switch (installed behind the steering wheel), used to activate the vehicle's windshield wipers; combination switch, a combination of the turn and wiper switches as one unit, sold together as a pair; and door courtesy switch (installed in the door frame), which activates the light inside the vehicle when the door opens.

- **Valve Timing Control Devices** control the opening/closing timing of the intake valve and exhaustive valve according to driving conditions and are part of the engine management system of the automotive market.  Valve Timing Control Devices may also be referred to as "variable valve timing" systems.

## 7. WHY ARE THESE CLASS ACTIONS?

In class actions, one or more individuals or companies called the "class representatives" sue on behalf of themselves and other people with similar claims in the specific class action.  All of these individuals or companies together are the "Class" or "Class members."  In these Class actions, there are more than fifty Class representatives.  In a class action, one court may resolve the issues for all Class members, except for those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE CLASSES

## 8. HOW DO I KNOW IF I MAY BE INCLUDED IN THE ROUND 4 SETTLEMENT CLASSES?

Generally, you may be included in one or more of the Round 4 Settlement Classes if, at any time from 1990 to 2019, you: (1) bought or leased a qualifying new vehicle in the U.S. (not for resale), or (2) paid to replace one or more of the qualifying vehicle parts listed in Question 6 above (not for resale).  In general, qualifying vehicles include new four-wheeled passenger automobiles, vans, sports utility vehicles, crossovers, and pickup trucks.

The specific definition of the vehicles, as well as the definition of who is included in the Round 4 Settlement Classes, is set forth in each Settlement Agreement.  Each of those Settlement Agreements, and the related Complaints, are accessible at www.AutoPartsClass.com or can be obtained by calling 1-877-940-5043.

You will also be able to obtain additional information to learn whether you are a member of one or more of the Round 1, Round 2, Round 3, or Round 4 Settlement Classes by visiting www.AutoPartsClass.com and providing details regarding your purchase or lease of a new

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

10

vehicle or your purchase of a replacement part, calling 1-877-940-5043, or sending an email to info@AutoPartsClass.com.

A separate Settlement Class has been preliminarily approved by the Court in each of the following cases settled by the Round 4 Settling Defendants and their affiliates. The time period covered by the Round 4 Settlements for each of the Settlement Classes is provided below:

| Defendant | Time Period Starts | Time Period Ends | Auto Part(s) Cases |
|---|---|---|---|
| Brose | January 1, 2004 | June 14, 2018 | Side-Door Latches |
| Corning | January 1, 1990 | January 11, 2018 | Ceramic Substrates |
| Delphi | January 1, 2000 | June 21, 2019 | Ignition Coils |
| Green Tokai | January 1, 2000 | September 6, 2018 | Body Sealing Products |
| Keihin | January 1, 2000 | May 22, 2018 | Fuel Injection Systems |
| KYB | January 1, 1995 | November 6, 2018 | Shock Absorbers |
| Maruyasu | January 1, 2000 | October 15, 2018 | Fuel Injection Systems |
| | December 1, 2003 | October 15, 2018 | Automotive Steel Tubes |
| Meritor | January 1, 2002 | June 5, 2018 | Exhaust Systems |
| Mikuni | January 1, 2000 | June 18, 2019 | Fuel Injection Systems Valve Timing Control Devices |
| Mitsubishi | May 1, 1999 | June 15, 2018 | Air Conditioning Systems |
| Panasonic | May 1, 1999 | March 11, 2019 | Air Conditioning Systems |
| Sanoh | December 1, 2003 | April 10, 2019 | Automotive Steel Tubes |
| Showa | January 1, 2005 | July 10, 2019 | Electronic Powered Steering Assemblies |
| | January 1, 1995 | July 10, 2019 | Shock Absorbers |
| TKH | January 1, 2003 | November 27, 2018 | Occupant Safety Systems |

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

| Defendant | Time Period Starts | Time Period Ends | Auto Part(s) Cases |
|---|---|---|---|
| Tokai Rika | January 1, 2000 | March 23, 2018 | Heater Control Panels |
| | January 1, 2003 | March 23, 2018 | Occupant Safety Systems |
| | September 1, 2003 | March 23, 2018 | Steering Angle Sensors |
| | September 1, 2003 | March 23, 2018 | Switches |
| Toyo Denso | January 1, 2000 | April 30, 2018 | Ignition Coils |
| | January 1, 2003 | April 30, 2018 | Power Window Switches |
| Toyoda Gosei | February 1, 2004 | July 20, 2018 | Automotive Brake Hoses |
| | May 1, 2003 | July 20, 2018 | Automotive Hoses |
| | January 1, 2000 | July 20, 2018 | Body Sealing Products |
| | January 1, 2006 | July 20, 2018 | Automotive Constant-Velocity-Joint Boot Products |
| | June 1, 2004 | July 20, 2018 | Interior Trim Products |
| | January 1, 2003 | July 20, 2018 | Occupant Safety Systems |

Payments to members of the Settlement Classes only will be made if the Court approves the Round 4 Settlements and after any appeals from such approval are resolved and in accordance with the proposed revised Plan of Allocation to distribute the Net Settlement Funds (*see* Question 13).

These cases are proceeding as class actions seeking monetary recovery for consumers and businesses in 30 states and the District of Columbia and for nationwide injunctive relief to stop the Defendants' alleged illegal behavior and prevent this behavior from happening in the future (*see* Question 15).

Purchasers or lessees of qualifying new vehicles or indirect purchasers of any of the replacement parts listed in Question 6 may be members of the Settlement Classes entitled to monetary recovery. Only those members of the Settlement Classes who, during the relevant time periods listed above, purchased or leased a vehicle or purchased a replacement part in, or while (1) residing in or (2) as to businesses, having the principal place of business located in, the District

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

12

of Columbia or the states listed below will be entitled to share in the monetary recovery.  Those states are: Arizona, Arkansas, California, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.  You may have seen a prior notice that indicated that members of the Settlement Classes may be entitled to monetary recovery only if they made the purchase or lease transaction while residing (or having their principal place of business) in the District of Columbia or one of the listed states.  Please note that the prior information is superseded by this notice.

| **9.  WHO IS NOT INCLUDED IN THE SETTLEMENT CLASSES?** |
|---|

The Settlement Classes do not include:
- Any of the Defendants, their parent companies, subsidiaries, and affiliates;
- Any co-conspirators;
- Federal government entities and instrumentalities;
- States and their political subdivisions, agencies, and instrumentalities; and
- All persons who purchased their vehicle parts directly from the Defendants or for resale.

| **10.  WHY ARE THE LAWSUITS CONTINUING IF THERE ARE SETTLEMENTS?** |
|---|

The Round 4 Settlements have been reached with the Round 4 Settling Defendants (listed in Question 3) as specified in the individual Settlement Agreements.  The lawsuits will continue against the defendants who have not settled ("Non-Settling Defendants").

Additional money may become available in the future as a result of a trial or future Settlements.  Alternatively, the litigation may be resolved in favor of the Non-Settling Defendants, and no additional money may become available.  There is no guarantee as to what will happen.

Please visit www.AutoPartsClass.com for more information or to file a claim.

<div align="center">

**THE ROUND 4 SETTLEMENTS' BENEFITS**

</div>

| **11.  WHAT DO THE ROUND 4 SETTLEMENTS PROVIDE?** |
|---|

The Round 4 Settlements totaling approximately $184 million are now being presented to the Court for approval.   The Court has already approved the Round 1 Settlements, totaling approximately $225 million; the Round 2 Settlements, totaling approximately $379 million; and the Round 3 Settlements, totaling approximately $433 million.  Together, the Round 1 through 4 Settlement Funds total approximately $1.2 billion.  After deduction of attorneys' fees, incentive awards, notice and claims administration costs, and litigation expenses, as approved by the Court, the Net Settlement Funds will be available for distribution to members of the Settlement Classes who timely file valid claims.

The Round 4 Settlements also include non-monetary relief (see Question 15), including cooperation from the Settling Defendants (with the exception of TKH and Delphi) as well as

<div align="center">

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

13

</div>

agreements by these Settling Defendants (with the exception of Toyoda Gosei and TKH) not to engage in the conduct that is the subject of the lawsuits, as more fully described in the proposed Final Judgments that are available on the Settlement website www.AutoPartsClass.com.

The Settlement Funds are allocated to the relevant vehicle component cases as follows:

| Auto Parts Round 4 Settlements and Settlement Funds | | |
|---|---|---|
| **Automotive Parts Case** | **Round 4 Settling Defendant** | **Settlement Fund** |
| Air Conditioning Systems | Mitsubishi Heavy | $6,840,000.00 |
| | Panasonic | $760,000.00 |
| Automotive Brake Hoses | Toyoda Gosei | $659,456.20 |
| Automotive Hoses | Toyoda Gosei | $5,428,166.52 |
| Body Sealing Products | Green Tokai | $950,000.00 |
| | Toyoda Gosei | $27,148,653.36 |
| Ceramic Substrates | Corning | $26,600,000.00 |
| Automotive Constant-Velocity-Joint Boot Products | Toyoda Gosei | $716,505.10 |
| Electronic Powered Steering Assemblies | Showa | $4,133,735.39 |
| Exhaust Systems | ArvinMeritor | $760,000.00 |
| Fuel Injection Systems | Keihin | $836,000.00 |
| | Maruyasu | $108,699.85 |
| | Mikuni | $2,675,200.00 |
| Heater Control Panels | Tokai Rika | $1,366,578.08 |
| Ignition Coils | Delphi | $760,000.00 |
| | Toyo Denso | $760,000.00 |
| Interior Trim Products | Toyoda Gosei | $5,089,493.68 |
| Side-Door Latches | Brose | $2,280,000.00 |

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

| Auto Parts Round 4 Settlements and Settlement Funds | | |
|---|---|---|
| **Automotive Parts Case** | **Round 4 Settling Defendant** | **Settlement Fund** |
| Occupant Safety Systems | TKH | $53,200,000.00[3] |
| | Tokai Rika | $28,745,447.27 |
| | Toyoda Gosei | $5,797,725.14 |
| Power Window Switches | Toyo Denso | $4,408,000.00 |
| Shock Absorbers | KYB | $28,880,000.00 |
| | Showa | $9,926,264.61 |
| Automotive Steel Tubes | Maruyasu | $5,211,300.15 |
| | Sanoh | $8,360,000.00 |
| Steering Angle Sensors | Tokai Rika | $677,714.01 |
| Switches | Tokai Rika | $3,410,260.64 |
| Valve Timing Control Devices | Mikuni | $668,800.00 |
| **Total (excluding TKH)** | | **$183,958,000.00** |

Any interest earned will be added to each of the Settlement Funds.  More details about the Round 4 Settlements are provided in the Round 4 Settlement Agreements, available at www.AutoPartsClass.com.

### HOW TO GET BENEFITS

**12. HOW DO I SUBMIT A CLAIM?**

You may be entitled to a portion of the Settlement Funds when a distribution is made to members of the Settlement Classes.  If you excluded or exclude yourself from any of the Settlement Classes in the Round 1 through Round 4 Settlements, you will not receive a payment from those funds.

---

[3] Class Members have a $53,200,000 authorized claim against TKH in bankruptcy proceeding, but they can expect to receive only a small fraction of this amount for distribution to the Class. For this reason, the authorized claim amount is not included in the total settlement amount listed above.  The Class representatives have also reached a settlement with Takata Corp. in Japanese insolvency proceedings.  The settlement provides for a payment of 25,000,000 Japanese Yen (equivalent to approximately $220,000).  This settlement as a formal matter is with the Class representatives only, but the proceeds of the settlement will be paid to the same group of purchasers included in the Settlement Class agreed to based on the settlement agreement with Takata Corp.'s U.S. subsidiary, TKH.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

However, you will be required to submit a Claim Form to be eligible to receive a payment from any of the Settlement Funds.  Claims may be submitted online at www.AutoPartsClass.com or by printing and mailing your completed form postmarked by **March 16, 2020** to:

Auto Parts Settlements
P.O. Box 10163
Dublin, OH 43017-3163

You may also call 1-877-940-5043, write the Settlement Administrator at the address above, email info@AutoPartsClass.com, or visit www.AutoPartsClass.com to obtain a Claim Form and to request assistance in filing a claim.

You need to submit satisfactory evidence (*e.g.* purchase records) for vehicles you purchased or leased, or replacement parts you purchased, if you seek to share in the monetary recovery provided by a settlement based on the place of purchase or lease.

If you submit a Claim Form at the Settlement website, you will receive future notifications containing additional important information, including information about any future settlements.

| 13.  HOW MUCH MONEY CAN I GET? |
|---|

At this time, it is estimated that each member of the Settlement Classes who submits a valid claim will receive a payment of at least $100.  The minimum payment is per claimant and not per vehicle.  However, the actual amount of your recovery will be determined by the revised Plan of Allocation, the terms of which are posted at www.AutoPartsClass.com.

The Court previously approved a Plan of Allocation to distribute the Net Settlement Funds from the earlier settlements.  However, Settlement Class Counsel is proposing that the Court approve a revised Plan of Allocation that will apply to all the Settlements from Round 1 through Round 4.

The Settlement Administrator will calculate in accordance with the proposed revised Plan of Allocation the amounts awarded to each Class Member who files a valid claim.  Below is a summary of how claims will be paid:

- Each claimant will be paid a minimum of $100 from the Net Settlement Funds.
- Claims exceeding $100 will be paid $100 plus a pro rata (or proportional) share of the remaining applicable Net Settlement Funds as determined separately for each automotive part (after paying all of the $100 minimum payments).
- If the Net Settlement Funds are insufficient to allow a minimum payment of $100 to each claimant, the amount to be paid to each claimant will be adjusted based on a pro rata basis.

The pro rata portion of the payment amount will be based on a ratio consisting of the claimant's total number of vehicles purchased or leased or replacement parts purchased, and the total number of vehicles purchased or leased and replacement parts purchased by other claimants.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

16

Claims based on vehicles containing automotive parts that were allegedly specifically targeted by Defendants' alleged collusive conduct will receive more money.

Payments will be based on a number of factors, including at least the number of valid claims filed by all members of the Settlement Class in question and the number of (1) qualifying new vehicles purchased or leased or (2) qualifying replacement parts purchased.  It is possible that any money remaining after claims are paid will be distributed to charities, governmental entities, or other beneficiaries approved by the Court.  No matter how many claims are filed, no money will be returned to the Settling Defendants after the Court finally approves the Round 4 Settlements.

In order to receive a payment from any of the Settlements (Round 1 through Round 4), you will need to file a valid Claim Form (*see* Question 12).  If you already submitted a Claim Form, you do not need to file another claim for that specific vehicle or replacement part.  However, if you purchased additional vehicles or replacement parts, which were not mentioned in your previous Claim Form, you should file a new Claim Form for the additional vehicles or replacement parts.

| 14.  WHEN WILL I GET A PAYMENT? |
|---|

Payments may be distributed to members of the Settlement Classes after: (1) the Court grants final approval to the Round 4 Settlements; (2) any appeals from such approvals are resolved (appeals can take several years to conclude); (3) the claims administration process is completed; and (4) the Court approves the allocation of the Net Settlement Funds.

| 15.  WHAT IS THE NON-MONETARY RELIEF? |
|---|

With the exception of Toyoda Gosei and TKH, the Round 4 Settling Defendants have agreed not to engage in certain specified conduct that would violate the antitrust laws that are at issue in these lawsuits for a period of two years.  Additionally, all of the Round 4 Settling Defendants except TKH and Delphi will cooperate with the Class representatives in their ongoing litigation against the Non-Settling Defendants.

### REMAINING IN THE CLASSES

| 16.  WHAT HAPPENS IF I REMAIN IN THE SETTLEMENT CLASSES? |
|---|

If the Round 4 Settlements become final, you will give up your right to sue these Settling Defendants on your own for the claims described in the Settlement Agreements unless you excluded yourself from one or more of the Settlement Classes.  You also will be bound by any decisions by the Court relating to any Round 4 Settlements from which you did not exclude yourself.

In return for paying the Settlement amounts and providing the non-monetary benefits, the Round 4 Settling Defendants (and certain related entities defined in the Settlement Agreements) will be released from claims relating to the alleged conduct involving the vehicle parts identified in the Settlement Agreements.  The Round 4 Settlement Agreements describe the released claims in

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

17

detail, so read them carefully since those releases will be binding on you if the Court approves these Settlements.  If you have any questions, you can talk to Class Counsel listed in Question 18 for free, or you can, of course, talk to your own lawyer (at your own expense).  The Round 4 Settlement Agreements and the specific releases are available at www.AutoPartsClass.com.

## 17.  HOW DO I GET OUT OF THE SETTLEMENT CLASSES?

The deadline to request exclusion from the Round 4 Settlements has passed.  If your request was not received by or on **November 19, 2019**, you can no longer request to be excluded.

### THE LAWYERS REPRESENTING YOU

## 18.  DO I HAVE A LAWYER REPRESENTING ME?

The Court has appointed the following law firms as Class Counsel to represent you and all other members of the Classes:

| | | |
|---|---|---|
| Adam Zapala<br>Cotchett, Pitre, & McCarthy, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010 | Hollis Salzman<br>Robins Kaplan LLP<br>399 Park Avenue<br>Suite 3600<br>New York, NY 10022 | Marc M. Seltzer<br>Susman Godfrey L.L.P.<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067 |

You will not be charged for contacting these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

## 19.  HOW WILL THE LAWYERS BE PAID?

At the Final Fairness Hearing, Class Counsel may ask the Court (a) to award incentive awards to named Plaintiffs, (b) to reimburse Class Counsel for certain costs and expenses, and (c) for attorneys' fees based on their services in this litigation, not to exceed 22% of the approximately $184 million in additional Settlement Funds resulting from the Round 4 Settlements after deducting reimbursable litigation costs, incentive awards, and expenses.  Any payment to the attorneys will be subject to Court approval, and the Court may award less than the requested amount.  The attorneys' fees, costs, incentive awards, and litigation expenses that the Court orders, plus the costs to administer the Round 4 Settlements, will come out of the Settlement Funds.  Class Counsel may seek additional attorneys' fees, costs, and expenses from any additional Settlements or recoveries obtained in the future.

Class Counsel's motion for fees, costs, and expenses is available at www.AutoPartsClass.com.

### OBJECTING TO THE ROUND 4 SETTLEMENTS

## 20.  HOW DO I OBJECT TO OR COMMENT ON THE ROUND 4 SETTLEMENTS?

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

18

The deadline to object to (a) one or more of the Round 4 Settlements, (b) the revised Plan of Allocation as it applies to members of any of the Settlement Classes (in Rounds 1 through 4), or (c) the motion by Class Counsel for attorneys' fees, costs, and incentive awards as it applies to members of the Round 4 Settlement Classes has passed.  If your objection or comment letter was not received by or on **November 19, 2019**, you can no longer object.

You will not have an opportunity to speak at the Court's hearing unless you submitted a complete, valid, and timely written objection and requested the opportunity to speak at the Fairness Hearing.

### THE FINAL FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Plan of Allocation, Round 4 Settlements and any requests by Settlement Class Counsel for fees, costs, expenses, and Class representative incentive awards.  You may attend, but you do not have to do so.  The Court may hold another hearing on the Plan of Allocation without additional notice, so check www.AutoPartsClass.com or call 1-877-940-5043 for current information.

| 21. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE ROUND 4 SETTLEMENTS? |
| --- |

The Court will hold a Final Fairness Hearing at **3:00 p.m.** on **March 18, 2020**, at the United States Courthouse, 231 W. Lafayette Blvd, Detroit, MI 48226, Room 250.  The hearing may be moved to a different date or time without additional notice, so check www.AutoPartsClass.com or call 1-877-940-5043 for current information.  At this hearing, the Court will consider whether the Round 4 Settlements and the revised Plan of Allocation are fair, reasonable, and adequate.  If there are objections or comments, the Court will consider them at that time and may listen to people who have asked to speak at the hearing.  The Court may also decide how much to pay Class Counsel.  At or after the hearing, the Court will decide whether to approve the Round 4 Settlements.

| 22. DO I HAVE TO ATTEND THE HEARING? |
| --- |

No.  Class Counsel will answer any questions the Court may have.  But you are welcome to attend at your expense.  If you sent an objection or comment, you do not have to come to Court to talk about it.  As long as you mailed your complete and valid written objection on time, the Court will consider it.  You may also hire your own lawyer at your own expense to attend on your behalf, but you are not required to do so.

| 23. MAY I SPEAK AT THE HEARING? |
| --- |

If you sent an objection or comment on the Round 4 Settlements, revised Plan of Allocation, or motion for attorney's fees, costs, and incentive awards, you may have the right to speak at the Final Fairness Hearing as determined by the Court.  You cannot speak at the hearing if you did not submit a timely written objection or comment.  You cannot speak at the hearing if you excluded yourself from that specific Settlement Class.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

## THE TRIALS

### 24.  WHEN AND WHERE WILL THE TRIALS AGAINST THE NON-SETTLING DEFENDANTS TAKE PLACE?

If the remaining case is not dismissed or settled, the Plaintiffs will have to prove their claims against the Non-Settling Defendants at trial.  Trial dates and locations have not yet been set.

At the trial, a decision will be reached about whether the Plaintiffs or the Non-Settling Defendants are right about the claims in the lawsuits.  There is no guarantee that the Plaintiffs will win any money or other benefits for members of the Classes at trial.

### 25.  WHAT ARE THE PLAINTIFFS ASKING FOR FROM THE NON-SETTLING DEFENDANTS?

The Class representatives are asking for money for members of the Settlement Classes in the District of Columbia and 30 states listed in Question 8 above from Non-Settling Defendants. The Class representatives are also seeking a nationwide court order to prohibit the Non-Settling Defendants from engaging in the alleged behavior that is the subject of the lawsuits.

### 26.  WILL I GET MONEY AFTER THE TRIALS?

If the Plaintiffs obtain money or benefits as a result of a trial or settlement with the Non-Settling Defendants, then members of the classes in question will be notified about how to ask for a share or what their other options are at that time.  That information will be available at www.AutoPartsClass.com.  With the approval of the Court, notice of any subsequent settlements and related matters may be given only on the website.  These things are not known right now.

## GET MORE INFORMATION

### 27.  HOW DO I GET MORE INFORMATION?

This Notice summarizes the Round 4 Settlements.  More details are in the Round 4 Settlement Agreements.  You can view or get copies of the Settlement Agreements and more information about all the Settlements at www.AutoPartsClass.com.  In addition, the full proposed revised Plan of Allocation is available at www.AutoPartsClass.com.  You also may write with questions to Auto Parts Settlements, P.O. Box 10163, Dublin, OH 43017-3163, send an email to info@AutoPartsClass.com, or call the toll-free number, 1-877-940-5043.  If you file a claim, you will be notified of any future settlements and other information concerning these cases.

**Questions? Call 1-877-940-5043 or Visit www.AutoPartsClass.com**

Exhibit B

| | |
|---|---|
| **From:** | DoNotReply <donotreply@legalclaimsadmin.com> |
| **Sent:** | Tuesday, September 16, 2019 11:39 AM |
| **To:** | ███████████ |
| **Subject:** | Auto Parts Settlements Update |

### You Could Get $100 or More From Auto Parts Settlements
### Claims Deadline Set for December 31, 2019

### FILE A CLAIM NOW!

You are receiving this email because you registered to receive updated information about the Automotive Parts Settlements.

Additional defendants have agreed to new Settlements resolving claims that they fixed the price of auto parts. More information is available for your review on the website, www.AutoPartsClass.com.

**You are not required to provide documentation at the time you file a claim**.

You can file a claim now by clicking on the link above. Submitting a claim is easy. You can also file a claim by mail. The deadline to file a claim is **December 31, 2019**. You could get $100 or more if you qualify. If you already filed a claim, you do not need to file one again for the same vehicle or part to get a payment. You should file an additional claim if you have new vehicles or parts to report.

Registration Number: 9999999

Exhibit C

**Wei, Justin**

| | |
|---|---|
| **From:** | DoNotReply <donotreply@legalclaimsadmin.com> |
| **Sent:** | Monday, November 18, 2019 3:13 PM |
| **To:** | ▇▇▇▇▇▇▇ |
| **Subject:** | Finish Your Auto Parts Claim |

<div align="center">

**TIME IS RUNNING OUT**
**Finish Your Claim by December 31, 2019**

</div>

Remember to complete your Auto Parts claim online. You could get $100 or more. Submitting a claim is easy. No documentation is required at the time you file. Click on the link below to file a claim now. Save time by entering your registration number: 9999997

<div align="center">

**FILE A CLAIM**

</div>

Exhibit D

**Wei, Justin**

| | |
|---|---|
| **From:** | DoNotReply <donotreply@legalclaimsadmin.com> |
| **Sent:** | Monday, November 18, 2019 3:10 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Auto Parts Settlements |

<div align="center">

**TIME IS RUNNING OUT**
**File Your Claim by December 31, 2019**

</div>

Those who bought or leased a new vehicle or bought replacement parts could get $100 or more. If you already filed a claim, you do not need to file one again for the same vehicle or part to get a payment. You should file an additional claim if you have new vehicles or parts to report. Submitting a claim is easy. No documentation is required at the time you file. Click on the link below to file a claim now.

<div align="center">

**FILE A CLAIM**

</div>

Exhibit E

**Wei, Justin**

| | |
|---|---|
| **From:** | DoNotReply <donotreply@legalclaimsadmin.com> |
| **Sent:** | Monday, November 18, 2019 3:05 PM |
| **To:** | ████████████████ |
| **Subject:** | Auto Parts Settlements |

### *Please share this information with your friends and family!*

Our records indicate that you filed a claim in the Automotive Parts Settlements. We wanted to ask for your help to let others know about these Settlements and that they should file a claim now to qualify for a potential payment of $100 or more. Claims can be submitted online (at www.AutoPartsClass.com) or by mail until **December 31, 2019**. Please note that you are not required to provide documentation at the time you file a claim.

Exhibit F

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

---

**Time is Running Out to Claim Money in Auto Parts Settlements**
***Registration Number:* XXXXXXX**



Jane Claimant
123 Front Street
New York, NY 11768

# Time is Running Out
# Finish Your Auto Parts Claim
## *by December 31, 2019*

Remember to complete your Auto Parts claim.  You could get $100 or more.  Submitting a claim is easy.  No documentation is required at the time you file a claim.

**Go to www.AutoPartsClass.com to finish your claim online**.  Save time by entering your registration number found on the front of this postcard.  You can also file a claim by mail.

**For More Info or a Claim Form:**
**www.AutoPartsClass.com   1-877-940-5043   info@AutoPartsClass.com**

Exhibit G

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

---

**Time is Running Out to Claim Money in Auto Parts Settlements**



Jane Claimant
123 Front Street
New York, NY 11768

# Auto Parts Settlements
# Time is Running Out
## *File Your Claim by December 31, 2019*

| | |
|---|---|
| **What is This About?** | Those who bought or leased a new vehicle or bought replacement parts could get $100 or more. If you already filed a claim, you do not need to file one again for the same vehicle or part to get a payment. You should file an additional claim if you have new vehicles or parts to report. |

| | |
|---|---|
| **How to File a Claim?** | Submitting a claim is easy. No documentation is required at the time you file. **Go to www.AutoPartsClass.com to file a claim online**. You can also file a claim by mail. |

**For More Info or a Claim Form:**
**www.AutoPartsClass.com   1-877-940-5043   info@AutoPartsClass.com**

Exhibit H

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

**Tell Your Friends & Family to Claim Their Money in**
**Auto Parts Settlements**



Jane Claimant
123 Front Street
New York, NY 11768

# Auto Parts Settlements

## *Please share this information with your friends and family!*

Our records indicate that you filed a claim in the Automotive Parts Settlements. We wanted to ask for your help to let others know about these Settlements and that they should file a claim now to qualify for a potential payment of $100 or more. Claims can be submitted online (at **www.AutoPartsClass.com**) or by mail until **December 31, 2019**. Please note that you are not required to provide documentation at the time you file a claim.

**To Get a Claim Form:**

**www.AutoPartsClass.com**   **1-877-940-5043**   **info@AutoPartsClass.com**

Exhibit I

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

PRESORTED
FIRST-CLASS
MAIL
U.S. POSTAGE
PAID

**Auto Parts Settlements Total Over $1.2 Billion**
**File Your Claim by December 31, 2019**

1234567890



JANE CLAIMANT
123 4TH AVE
APT 5
SEATTLE, WA  67890

# You Could Get $100 or More from Auto Parts Settlements

## *File a Claim Now*

| | |
|---|---|
| **What is This About?** | You are receiving this notice because your company may have purchased (or leased) new vehicles or parts that may be included in the Automotive Parts Settlements. You can now file a claim for money, and your other rights could be affected. |
| | Defendants have agreed to Settlements resolving claims that they fixed the price of certain auto parts. More information is available for your review on the website, **www.AutoPartsClass.com**. |
| **How to File a Claim?** | Submitting a claim is easy. **Go to www.AutoPartsClass.com to file a claim online**. You can also file a claim by mail. The deadline to file a claim in these Settlements is **December 31, 2019**. You could get $100 or more if you qualify. If you already filed a claim, you do not need to file one again for the same vehicle or part to get a payment. You should file an additional claim if you have new vehicles or parts to report. |

**For More Info or a Claim Form:**

**www.AutoPartsClass.com   1-877-940-5043   info@AutoPartsClass.com**

Exhibit J

**Wei, Justin**

**From:**          DoNotReply <donotreply@legalclaimsadmin.com>
**Sent:**          Tuesday, January 7, 2020 12:09 PM
**To:**            ████████
**Subject:**       Update: Auto Parts Settlements

## IMPORTANT UPDATE ABOUT
## AUTO PARTS SETTLEMENTS

### You May Now be Able to Claim Money
### File Your Claim by March 16, 2020

If you bought or leased a new vehicle or bought replacement parts in one of 30 states or the District of Columbia, you could get $100 or more. **The Plan of Allocation has changed, and eligibility to claim money is no longer based solely on where you resided or had your principal place of business when you made your purchase (or lease).**

If you already filed a claim, you do not need to file one again for the same vehicle or part to get a payment. You should file an additional claim if you have new vehicles or parts to report.

Click on the link below for more information or to file a claim online.

### FILE A CLAIM

Exhibit K

**Wei, Justin**

---

| | |
|---|---|
| **From:** | DoNotReply <donotreply@legalclaimsadmin.com> |
| **Sent:** | Tuesday, January 7, 2020 12:11 PM |
| **To:** | ████████ |
| **Subject:** | Important Update About Your Auto Parts Claim |

### FINISH YOUR AUTO PARTS CLAIM
### You May Now be Able to Claim Money

### Deadline extended to March 16, 2020

Complete your Auto Parts claim online before it's too late! If you bought or leased a new vehicle or bought replacement parts in one of 30 states or the District of Columbia, you could get $100 or more. The Plan of Allocation has changed, and **eligibility to claim money is no longer based solely on where you resided or had your principal place of business when you made your purchase (or lease).**

**Click on the link below for more information and to finish your claim now.** Save time by entering your registration number: 9999997

### FILE A CLAIM

1

Exhibit L

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID

# Update: You May Now Be Able to Claim Money
# in Auto Parts Settlements



<<address1>>
<<address2>>
<<address3>>
<<address4>>
<<address5>>
<<city>> <<state>>, <<zip>>

# Important Update About Auto Parts Settlements

## *File Your Claim by March 16, 2020*

If you bought or leased a new vehicle or bought replacement parts in one of 30 states or the District of Columbia, you could get $100 or more. **The Plan of Allocation has changed, and eligibility to claim money is no longer based solely on where you resided or had your principal place of business when you made your purchase (or lease)**.

If you already filed a claim, you do not need to file one again for the same vehicle or part to get a payment. You should file an additional claim if you have new vehicles or parts to report.

**Go to www.AutoPartsClass.com for more information or to file a claim online**. You can also file a claim by mail.

**For More Info or a Claim Form:**
**www.AutoPartsClass.com   1-877-940-5043   info@AutoPartsClass.com**

Exhibit M

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID

## Update: You May Now Be Able to Claim Money in Auto Parts Settlements

### *Registration Number: <<Registration>>*



<<address1>>
<<address2>>
<<address3>>
<<address4>>
<<address5>>
<<city>> <<state>>, <<zip>>

# Finish Your Auto Parts Claim
## *Deadline Extended to March 16, 2020*

Complete your Auto Parts claim before it's too late! If you bought or leased a new vehicle or bought replacement parts in one of 30 states or the District of Columbia, you could get $100 or more. The Plan of Allocation has changed, and eligibility to claim money is **no longer based solely on where you resided or had your principal place of business when you made your purchase (or lease)**.

**Go to www.AutoPartsClass.com for more information and to finish your claim online**. Save time by entering your registration number found on the front of this postcard. You can also file a claim by mail.

**For More Info or a Claim Form:**
**www.AutoPartsClass.com   1-877-940-5043   info@AutoPartsClass.com**

Exhibit N

**Automotive Parts Settlements**
**P.O. Box 10163**
**Dublin, OH 43017-3163**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID

**Update in Auto Parts Settlements**
**Your Business May Now Be Able to Claim Money**



<<address1>>
<<address2>>
<<address3>>
<<address4>>
<<address5>>
<<city>> <<state>>, <<zip>>

# Update: You Could Now Get $100 or More
# from Auto Parts Settlements
### *Deadline Extended to March 16, 2020*

The Plan of Allocation in the Auto Parts Settlements has changed. If you bought or leased new vehicles or bought replacement parts in one of 30 states or the District of Columbia, you could get $100 or more. Eligibility to claim money is **no longer based solely on where a business had its principal place of business at the time of purchase (or lease)**. Please share this information with others who may be affected.

**Go to www.AutoPartsClass.com for more information or to file a claim online**. You can also file a claim by mail. The deadline to file a claim is now **March 16, 2020**. If you already filed a claim, you do not need to file one again for the same vehicles or parts to get a payment. You should file an additional claim if you have new vehicles or parts to report.

**For More Info or a Claim Form:**

**www.AutoPartsClass.com   1-877-940-5043   info@AutoPartsClass.com**